Fill in this information to identify the case:

Debtor name: **Waller Marine, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**
Case number (if known): **17-34230**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Comerica Bank c/o Michael Smith<br>4646 Wild Indigo Suite 110<br>Houston, TX 77027 | | | | | | $1,500,000.00 |
| Haynes and Boone, LLP<br>PO Box 841399<br>Dallas, TX 75284-1399 | | | | | | $235,544.79 |
| Hoover Hull Turner LLP<br>111 Monument Circle, Ste 440<br>Indianapolis, IN 46244 | | | | | | $78,480.44 |
| Anderson Burnside PLLC<br>1627 West Alabama<br>Houston, TX 77006 | | | | | | $75,827.16 |
| Timmerman Beaulieu Hinkle & Esworthy, LL<br>29 W. Susquehanna Ave., Ste 402<br>Townson, MD 21204 | | | | | | $74,321.60 |
| Trev-Co, Inc.<br>15543 David's Court<br>Biloxi, MS 39532 | | | | | | $58,175.00 |
| Cameron Rental Properties<br>111 Garber St.<br>Cameron, LA 70631 | | | | | | $55,000.00 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | | | | $51,978.50 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Waller Marine, Inc.**
Name

Case number *(if known)* **17-34230**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Bank of America Master Card<br>PO Box 851001<br>Dallas, TX 75285 | | | | | | $44,013.38 |
| Jensen Maritime Consultants, Inc.<br>PO Box 2930<br>Carol Stream, IL 60132-2930 | | | | | | $27,066.25 |
| Maine Marine Composites<br>2 Portland Fish Pier<br>Portland, ME 04101 | | | | | | $25,970.00 |
| Chase Card Services<br>PO BOX 94014<br>Palatine, IL 60094-4014 | | | | | | $24,812.63 |
| Capital One Bank USA<br>P.O. Box 60599<br>City of Industry, CA 91716 | | | | | | $23,774.32 |
| Noise Control Engineering LLC<br>799 Middlesex Turnpike, Suite 4B<br>Billerica, MA 01821 | | | | | | $9,450.00 |
| Colin Fairey<br>2323 Long Reach Drive, Apt 9103<br>Sugar Land, TX 77478 | | | | | | $7,462.50 |
| All-Tex Boiler & Plumbing<br>10635 Tower Oaks Blvd<br>Houston, TX 77070 | | | | | | $5,425.26 |
| Adrian Waller<br>18 Champions Colony W<br>Houston, TX 77069 | | | | | | $5,287.26 |
| IPFS Corporation<br>PO Box 730223<br>Dallas, TX 73573-0223 | | | | | | $4,567.83 |
| Capital Roofing Construction, LLC<br>30 Lyerly Street, Suite #2<br>Houston, TX 77022 | | | | | | $3,193.38 |

| Debtor | Waller Marine, Inc. | | | Case number *(if known)* | | 17-34230 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aston Corporate Managers, Ltd.**<br>**P. O. Box 1981**<br>**George Town**<br>**KY1-1104**<br>**Grand Cayman** | | | | | | $2,646.59 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy