

ENTERED
07/13/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WALLER MARINE, INC. | § | Case No. 17-34230 |
| | § | (Joint Administration Requested) |
| | § | |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER FOR JOINT ADMINISTRATION AND TRANSFER OF CASE
**(Relates to Doc. no. 3)**

On the motions for joint administration of cases under Bankruptcy Rule 1015, the Court orders that the above referenced case jointly administered with case no. 17-34047 (In re David Brice Waller). Additionally, the following checked items are ordered:

1. __XX__   One disclosure statement and plan of reorganization may be filed for both cases by any plan proponent.

2. __XX__   Case No. 17-34047 shall be transferred to Judge David R. Jones, who has the case designated as complex.

3. __XX__   Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. __XX__   Other: the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **WALLER MARINE, INC.** | § § § | Case No. 17-34230 |
| **DAVID BRICE WALLER** | § § § | (Jointly Administered) |
| Debtors. | § § | Chapter 11 |

Only the lines checked are ordered.

Signed: July 13, 2017.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**