**Fill in this information to identify the case:**

Debtor name   **Waller Marine, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **17-34230**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................   $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................   $ **11,149,109.08**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................   $ **11,149,109.08**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ **3,045,130.27**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ **2,804,370.92**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                                                   $ **5,849,501.19**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Waller Marine, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF TEXAS

Case number (if known)      **17-34230**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase** | **Business Checking** | **1199** | **$4,998.45** |
| 3.2. | **Frost Bank** | **Business Checking** | **1616** | **$17.00** |
| 3.3. | **Comerica Bank** **Balance is (116.68)** | **Business Checking** | **7330** | **$0.00** |
| 3.4. | **Business First Bank** | **Business Checking** | **5801** | **$269.96** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$5,285.41** |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Waller Marine, Inc.** | Case number *(If known)* | **17-34230** |
|---|---|---|---|
| | Name | | |

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:         18,000.00         -         0.00         =....         $18,000.00
                                  face amount                doubtful or uncollectible accounts

11b. Over 90 days old:         2,144,021.03ⁱ         -         2,144,021.03         =....         $0.00
                              face amount                doubtful or uncollectible accounts
          1. The Debtor and its counsel are looking into whether a claim can be made against Shell for the collection of this receivable.

11b. Over 90 days old:         6,101.84         -         0.00         =....         $6,101.84
                              face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**         $24,101.84
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**
          Name of fund or stock:

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
          Name of entity:                                        % of ownership

          15.1.  **Waller LNG Services, Inc.**         **100%**  %                                        $0.00

          15.2.  **Waller LNG Fueling-BR, LLC**         **100%**  %                                        $0.00

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
          Describe:

17.      **Total of Part 4.**         $0.00
          Add lines 14 through 16.  Copy the total to line 83.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Waller Marine, Inc.** | Case number *(If known)* **17-34230** |
|---|---|---|
| | Name | |

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture and Fixtures (1625)**<br>**Reference Schedule A attached** | **$0.00** | Straight Line | **$92,000.00** |
| 40. | **Office fixtures**<br>**Leasehold Improvements (1675)**<br>**Reference Schedule A attached** | **$0.00** | Straight Line | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software (1645) & Telephone/Equipment (1655)**<br>**Reference Schedule A attached** | **$0.00** | Straight Line | **$10,057.83** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **Artwork** | **$0.00** | | **$15,000.00** |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$117,057.83** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Waller Marine, Inc.** | Case number *(If known)* | **17-34230** |
|---|---|---|---|
| | Name | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | 47.1. | **2016 Lexus GX 460 4WD 4dr Lease**<br>**VIN No: JTJBM7FX1G5140434** | $0.00 | | Unknown |
|---|---|---|---|---|---|

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | 48.1. | **Oceangoing Vessel**<br>**Name of Vessel:  M/V "Trafalgar"**<br>**Crew of Thirteen (13)**<br>**Dimensions: 121.6' x 36.0' x 20.3'**<br>**Engines are 2-EMD-16-645-E7B with**<br>**Maximum Rating of 2163 KW**<br>**Generator Power: Two (2) "Catepillar"**<br>**Model 3406", 21--KW AC Each**<br>**ABS Load Line or Class: Laid Up Status**<br>**"ABS"** | $0.00 | Replacement | $100,000.00 |
|---|---|---|---|---|---|
| | 48.2. | **Oceangoing Vessel**<br>**Name of Vessel:  M/V "Victory"**<br>**Crew of Thirteen (13)**<br>**Dimensions: 121.6' x 36.0' x 20.3'**<br>**Engines are 2-EMD-16-645-E7B with**<br>**Maximum Rating of 2163 KW**<br>**Generator Power: Two (2) "Catepillar"**<br>**Model 3406", 210-KW AC Each**<br>**ABS Load Line or Class: Laid Up Status**<br>**"ABS"** | $0.00 | Replacement | $100,000.00 |
| | 48.3. | **2 - 5,000 HP Tugboats** | $0.00 | | $0.00 |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $200,000.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
■ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Waller Marine, Inc.**                                  Case number *(If known)*  **17-34230**
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Waller Marine leases two office buldings from David Waller Property Address: 14410 W Sylvanfield Dr & 14420 W Sylvanfield Dr, Houston, TX 77069** | | **$0.00** | | **$0.00** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>**Waller Marine website** | **$0.00** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties**<br>**Licenses to Harvey Gulf to construct 10 LNG ATB Vessels**<br><br>**This contract could be as valuable as $3,800,000, but the value is somewhat speculative because it depends on whether, and to the extent that Harvey Gulf uses the exclusive license.** | **$0.00** | | **Unknown** |
| 63.   **Customer lists, mailing lists, or other compilations**<br>**Customer Lists** | **Unknown** | | **Unknown** |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Waller Marine, Inc.**                                   Case number *(If known)*  **17-34230**
          <sub>Name</sub>

64.   **Other intangibles, or intellectual property**
      **Intellectual Property**

      **The Debtor estimates that its intellectual
      property could be as valuable as $10,000,000,
      but the value is speculative and the Debtor will
      not know what value to assign to the IP unless
      and until it secures a deal for some kind of
      transaction involving the IP (the Debtor is
      currently exploring such transaction(s)).**                        **$0.00**                                    **Unknown**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                                      **$0.00**
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Due from Westminster Holdings** | |

| | Total face amount | doubtful or uncollectible amount | |
|---|---|---|---|
| | **463,805.00** - | **0.00** = | **$463,805.00** |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **NOL for 2015- Summary Attached**                  Tax year **2016**              **$176,741.00**

      **Research & Development Credit**                   Tax year **2016**              **$10,162,118.00**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**

Debtor    **Waller Marine, Inc.**                                          Case number *(If known)*  **17-34230**
          Name

**has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                        | **$10,802,664.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Debtor | **Waller Marine, Inc.** | Case number *(If known)* **17-34230** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,285.41** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$24,101.84** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$117,057.83** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$200,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$10,802,664.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$11,149,109.08** | + 91b.   **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$11,149,109.08** |

**Fill in this information to identify the case:**

Debtor name        **Waller Marine, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **17-34230**

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | | |
|---|---|---|---|
| **2.1** | **Business First Bank**<br><br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Oceangoing Vessel**<br>**Name of Vessel:  M/V "Victory"**<br>**Crew of Thirteen (13)**<br>**Dimensions: 121.6' x 36.0' x 20.3'**<br>**Engines are 2 –EMD -16-645-E7B with**<br>**Maximum Rating**<br>**Generator Power: Two (2) "Catepillar" Model**<br>**3406", 210-KW AC Each**<br>**ABS Load** | **$2,470,130.27** | **$200,000.00** |

**Southwest LA Banking
Center
728 Ryan Street
Lake Charles, LA 70601**

Creditor's mailing address

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?

**Gwen.Himel@B1bank.com**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**November 2012**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1170**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** | **Gelman**<br><br>Creditor's Name | Describe debtor's property that is subject to a lien | **$575,000.00** | **$0.00** |

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

☐ No

Debtor    **Waller Marine, Inc.**                                                    Case number (if know)    **17-34230**
_____                                          _____
Name

| | |
|---|---|
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Westlex Corporation** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2016 Lexus GX 460 4WD 4dr Lease** | | |
| | | **VIN No: JTJBM7FX1G5140434** | | |
| | **17925 North Freeway** | | | |
| | **Houston, TX 77090** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Auto Lease** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **June 22, 2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,045,130.27** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

---

---

**Fill in this information to identify the case:**

Debtor name __**Waller Marine, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**17-34230**__

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$1,000.00** |
| | **ABS Americas** <br> **16855 Northchase Dr.** <br> **Houston, TX 77060-6008** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Basis for the claim: __ |
| | | Is the claim subject to offset? ☒ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$5,287.26** |
| | **Adrian Waller** <br> **18 Champions Colony W** <br> **Houston, TX 77069** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Basis for the claim: __ |
| | | Is the claim subject to offset? ☒ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | **$104.90** |
| | **ADT** <br> **PO Box 371878** <br> **Pittsburgh, PA 15250-7878** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Basis for the claim: __ |
| | | Is the claim subject to offset? ☒ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | **$5,425.26** |
| | **All-Tex Boiler & Plumbing** <br> **10635 Tower Oaks Blvd** <br> **Houston, TX 77070** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Basis for the claim: __ |
| | | Is the claim subject to offset? ☒ No  ☐ Yes |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

37652                Best Case Bankruptcy

| Debtor | **Waller Marine, Inc.** | | Case number (if known) | **17-34230** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,076.90** |
|---|---|---|---|
| | **Allen Pac**<br>**7607 Theisswood Rd**<br>**Spring, TX 77379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|
| | **Alpha Elevator Inspections**<br>**P.O. Box 6961**<br>**Kingwood, TX 77325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238.69** |
|---|---|---|---|
| | **Alpha Laser**<br>**7230 Wynnpark Drive**<br>**Houston, TX 77008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,978.50** |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Amtech Elevators**<br>**P.O. Box 730437**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,827.16** |
|---|---|---|---|
| | **Anderson Burnside PLLC**<br>**1627 West Alabama**<br>**Houston, TX 77006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$793.03** |
|---|---|---|---|
| | **Anthony Waller**<br>**18310 Country Walk Dr**<br>**Spring, TX 77379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,846.12 |
|---|---|---|---|
| | **Anthony Waller** <br> **18310 Country Walk Dr** <br> **Spring, TX 77379** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Assurant/Sun Life** <br> **P.O. Box 807009** <br> **Kansas City, MO 64184-7009** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,646.59 |
|---|---|---|---|
| | **Aston Corporate Managers, Ltd.** <br> **P. O. Box 1981** <br> **George Town KY1-1104** <br> **Grand Cayman** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $296.00 |
|---|---|---|---|
| | **AT&T Mobility** <br> **PO Box 6463** <br> **Carol Stream, IL 60197-6463** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,013.38 |
|---|---|---|---|
| | **Bank of America Master Card** <br> **PO Box 851001** <br> **Dallas, TX 75285** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,153.83 |
|---|---|---|---|
| | **Brad Wolverton** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,692.32 |
|---|---|---|---|
| | **Brock Breaux** <br> **17623 Olympic Park Ln** <br> **Humble, TX 77346** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,229.68 |
|---|---|---|---|

**Cameron Parish Tax Collector**
P. O. Box 1250
Cameron, LA 70631-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**Cameron Rental Properties**
111 Garber St.
Cameron, LA 70631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,774.32 |
|---|---|---|---|

**Capital One Bank USA**
P.O. Box 60599
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,193.38 |
|---|---|---|---|

**Capital Roofing Construction, LLC**
30 Lyerly Street, Suite #2
Houston, TX 77022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,812.63 |
|---|---|---|---|

**Chase Card Services**
PO BOX  94014
Palatine, IL 60094-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,462.50 |
|---|---|---|---|

**Colin Fairey**
2323 Long Reach Drive, Apt 9103
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $436.07 |
|---|---|---|---|

**Comcast - Trunking Services**
PO Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$295.36** |
|---|---|---|---|

**Comcast Business**
**PO Box 660618**
**Dallas, TX 75266-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Comerica Bank**
**1601 Elm St**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00** |
|---|---|---|---|

**Comerica Bank c/o Michael Smith**
**4646 Wild Indigo**
**Suite 110**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Corral Tran Singh, LLP**
**440 Louisiana Street**
**24th Floor, Suite 2450**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182,615.36** |
|---|---|---|---|

**David Waller**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.80** |
|---|---|---|---|

**Discovery Consulting & Computer Services**
**11511 Katy Freeway, Ste 140**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,317.40** |
|---|---|---|---|

**Environmental Matters HVAC LLC**
**9421 FM 2920 Bldg 10G**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|--------|--------------------------|------------------------|--------------|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,692.30** |
|------|--------------------------------------------------|-----------------------------------------------------------------|---------------|
| | **Evan Visser** | ☐ Contingent | |
| | **8107 Pheasant Gleen** | ☐ Unliquidated | |
| | **Spring, TX 77379** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|------|--------------------------------------------------|-----------------------------------------------------------------|------------|
| | **Harris Co Alarm** | ☐ Contingent | |
| | **P.O. Box 4049** | ☐ Unliquidated | |
| | **Houston, TX 77210-4049** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,523.25** |
|------|--------------------------------------------------|-----------------------------------------------------------------|---------------|
| | **Harris County Tax Assessor** | ☐ Contingent | |
| | **P.O. Box 4622** | ☐ Unliquidated | |
| | **Houston, TX 77210-4089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$558.00** |
|------|--------------------------------------------------|-----------------------------------------------------------------|-------------|
| | **Hartford Accident & Indemnity Company** | ☐ Contingent | |
| | **PO Box 660916** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0916** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235,544.79** |
|------|--------------------------------------------------|-----------------------------------------------------------------|------------------|
| | **Haynes and Boone, LLP** | ☐ Contingent | |
| | **PO Box 841399** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1399** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,480.44** |
|------|--------------------------------------------------|-----------------------------------------------------------------|-----------------|
| | **Hoover Hull Turner LLP** | ☐ Contingent | |
| | **111 Monument Circle, Ste 440** | ☐ Unliquidated | |
| | **Indianapolis, IN 46244** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,846.14** |
|------|--------------------------------------------------|-----------------------------------------------------------------|---------------|
| | **Hugh Haggerty** | ☐ Contingent | |
| | **6526 Cypress point Dr** | ☐ Unliquidated | |
| | **Houston, TX 77069** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|

Name

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,567.83** |
|---|---|---|---|

**IPFS Corporation**
**PO Box 730223**
**Dallas, TX 73573-0223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IPFS Corporation**
**P.O. Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,066.25** |
|---|---|---|---|

**Jensen Maritime Consultants, Inc.**
**PO Box 2930**
**Carol Stream, IL 60132-2930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,384.60** |
|---|---|---|---|

**Joel Burns**
**59 Pleasant Point Pl**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.66** |
|---|---|---|---|

**Jones Walker LLP**
**8555 United Plaza Boulevard**
**Baton Rouge, LA 70809-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.80** |
|---|---|---|---|

**Kaplan Leaman and Wolfe Court Reporters**
**325 Chestnut Street**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.88** |
|---|---|---|---|

**Klein ISD**
**7200 Spring-Cypress Rd**
**Klein, TX 77379-3299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,216.62 |
|---|---|---|---|
| | **Lexus Financial Services**<br>**P.O. Box 5855**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,307.69 |
|---|---|---|---|
| | **Libeau Berthelot**<br>**941 Harmony St**<br>**New Orleans, LA 70115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,970.00 |
|---|---|---|---|
| | **Maine Marine Composites**<br>**2 Portland Fish Pier**<br>**Portland, ME 04101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,450.00 |
|---|---|---|---|
| | **Noise Control Engineering LLC**<br>**799 Middlesex Turnpike, Suite 4B**<br>**Billerica, MA 01821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.70 |
|---|---|---|---|
| | **Northwest H.C. M.U.D. #21**<br><br>   **TX** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Office Depot**<br>**'P.O. Box 78004, Dept. 56 - 4100072882**<br>**Phoenix, AZ 85062-8004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|
| | **Paul Alexander**<br>**PO Box 403**<br>**Cameron, LA 70631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Waller Marine, Inc.** | Case number *(if known)* | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ProTex**
**15219 Stuebner Airline Rd, Ste 25**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.20 |
|---|---|---|---|

**Republic Group**
**PO Box 660270**
**Dallas, TX 75266-0270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Republic Group**
**P.O. Box 660270**
**Houston, TX 77014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,130.85 |
|---|---|---|---|

**Spring ISD**
**P.O. Box 4826**
**Houston, TX 77210-4826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|---|---|---|---|

**Staines & Eppling**
**3500 North Causeway Boulevard, Ste 820**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,615.37 |
|---|---|---|---|

**Stephen James McKillop**
**2631 Palo Pinto Dr**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,288.43 |
|---|---|---|---|

**Stephen John McKillop**
**14555 Philippine St**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|
| | **Stephen Koch** | ☐ Contingent | |
| | **25110 Burgh Castle Dr** | ☐ Unliquidated | |
| | **Spring, TX 77389** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Stephen Wolverton** | ☐ Contingent | |
| | **2603 Fern Lacy Dr** | ☐ Unliquidated | |
| | **Spring, TX 77388** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,769.22** |
|---|---|---|---|
| | **Steven Stapleton** | ☐ Contingent | |
| | **4115 Louetta Rd, Apt 10202** | ☐ Unliquidated | |
| | **Spring, TX 77388** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|
| | **Texas Comptroller of Public Accounts** | ☐ Contingent | |
| | **P.O. Box 13528** | ☐ Unliquidated | |
| | **Capitol Station** | ☐ Disputed | |
| | **Austin, TX 78711-3528** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$571.71** |
|---|---|---|---|
| | **Thomson Reuters** | ☐ Contingent | |
| | **P. O. Box 6292** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-6292** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,321.60** |
|---|---|---|---|
| | **Timmerman Beaulieu Hinkle & Esworthy, LL** | ☐ Contingent | |
| | **29 W. Susquehanna Ave., Ste 402** | ☐ Unliquidated | |
| | **Townson, MD 21204** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,175.00** |
|---|---|---|---|
| | **Trev-Co, Inc.** | ☐ Contingent | |
| | **15543 David's Court** | ☐ Unliquidated | |
| | **Biloxi, MS 39532** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Waller Marine, Inc.** | Case number (if known) | **17-34230** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.15 |
|---|---|---|---|

**TXU Energy**
**PO Box 650638**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Healthcare**
**Department CH 10151**
**Palatine, IL 60055-0151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wells & Cuellar, P.C.**
**440 Louisiana, Suite 718**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,500.00 |
|---|---|---|---|

**William Hayden**
**6903 Walton Heath Dr**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,804,370.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,804,370.92 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Waller Marine, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>17-34230</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Commerical Lease Agreement for Building located at for 14410 & 14420 W Sylvanfield Dr, Houston, TX, 77014** <br> State the term remaining    **4 Months** <br> List the contract number of any government contract | **David Brice Waller** <br> **6230 Pebbel Beach Dr.** <br> **Houston, TX 77069** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **2016 Lexus GX 460 FWD 4dr - VIN No. JTJBM7FX1G5140434** <br> State the term remaining    **23 Months** <br> List the contract number of any government contract | **Westlex Corporation** <br> **17925 North Freeway** <br> **Houston, TX 77090** |

**Fill in this information to identify the case:**

Debtor name __Waller Marine, Inc.__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) __17-34230__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 **David B. Waller** | **6230 Pebble Beach Blvd Houston, TX 77069** | **Business First Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **David B. Waller** | **6230 Pebble Beach Blvd Houston, TX 77069** | **Comerica Bank c/o Michael Smith** | ☐ D _____ <br> ☑ E/F __3.28__ <br> ☐ G _____ |
| 2.3 **David B. Waller** | **6230 Pebble Beach Blvd Houston, TX 77069** | **Gelman** | ☑ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT "1"

**Schedule A**

| Category | Description | Valuation Method | Initial Interest | Accum Dep | Net Book Value |
|---|---|---|---|---|---|
| **Furniture and Fixtures (1625)** | | | | | |
| | FURNITURE | Staright Line | 4,300.00 | 4,300.00 | - |
| | FURNITURE | Staright Line | 8,826.00 | 8,826.00 | - |
| | FURNITURE | Staright Line | 2,458.00 | 2,458.00 | - |
| | CONFERENCE TABLE | Staright Line | 500.00 | 500.00 | - |
| | 3 DESKS/CRDNZA/CHRS | Staright Line | 4,409.00 | 4,409.00 | - |
| | F&F (TYLER SRVC) | Staright Line | 2,100.00 | 2,100.00 | - |
| | F&F (VARIOUS) | Staright Line | 23,142.00 | 23,142.00 | - |
| | F&F (TYLER SRVCS) | Staright Line | 1,754.00 | 1,754.00 | - |
| | F&F (MCCOY & ASS) | Staright Line | 3,486.00 | 3,486.00 | - |
| | MISC FURNITURE | Staright Line | 3,101.00 | 3,101.00 | - |
| | ANTIQUES ETC | Staright Line | 1,648.00 | 1,648.00 | - |
| | F&F (Jimmy Schmidt invce) | Staright Line | 2,150.00 | 2,150.00 | - |
| | FURNITURE (CAPITAL FURN) | Staright Line | 3,951.00 | 3,951.00 | - |
| | F&F (AMEX PURCHASE) | Staright Line | 4,474.00 | 4,474.00 | - |
| | DESK/FURN (A. WALLER) | Staright Line | 4,539.00 | 4,539.00 | - |
| | | Staright Line | 1,194.00 | 1,194.00 | - |
| | MS APARTMENT FURNITURE | Staright Line | 7,462.00 | 7,462.00 | - |
| | Office Furniture | Staright Line | 5,144.00 | 4,286.67 | 857.33 |
| | Office Furniture - Nelson Reid | Staright Line | 10,000.00 | 7,738.10 | 2,261.90 |
| | NOLA Office Furniture | Staright Line | 5,395.81 | 4,111.09 | 1,284.72 |
| | NOLA Office Furniture | Staright Line | 1,171.58 | 892.63 | 278.95 |
| | NOLA Office Furniture | Staright Line | 3,558.90 | 2,626.81 | 932.09 |
| | NOLA Office Furniture | Staright Line | 1,870.40 | 1,336.00 | 534.40 |
| | NOLA Office Furniture | Staright Line | 747.50 | 533.93 | 213.57 |
| | **Total Furniture and Fixtures** | | 107,382.19 | 101,019.23 | 6,362.96 |
| **Software (1645)** | | | | | |
| | COADE SOFTWARE-CADWORX | Staright Line | 3,897.00 | 3,897.00 | - |
| | SOFTWARE INSTALL EXP | Staright Line | 2,463.00 | 2,463.00 | - |
| | COADE SOFTWARE-CADWORX | Staright Line | 2,598.00 | 2,598.00 | - |
| | SOFTWARE (DISCOVRY CNSLT) | Staright Line | 2,814.00 | 2,814.00 | - |
| | Great Plains | Staright Line | 36,672.73 | 36,672.73 | - |
| | BENTLEY MULTIFRAME ADVANCED | Staright Line | 5,987.76 | 5,987.76 | - |
| | **Total Software** | | 54,432.49 | 54,432.49 | - |
| **Telephone/Equipment (1655)** | | | | | |
| | TELEPHONE VOICE MAIL SYS | Staright Line | 2,777.00 | 2,777.00 | - |
| | PHOTOCOPIER (MODERN COPY) | Staright Line | 7,572.00 | 7,572.00 | - |
| | 14420 SYLVNFD ELEVATOR | Staright Line | 11,668.00 | 7,973.13 | 3,694.87 |
| | ADT SECURITY SYSTEM | Staright Line | 11,134.00 | 11,134.00 | - |
| | KRAUTKRAMER ULTRASONIC GAU | Staright Line | 2,265.00 | 2,265.00 | - |
| | **Total Machinery & Equipment** | | 35,416.00 | 31,721.13 | 3,694.87 |
| **Leasehold Improvements (1675)** | | | | | |
| | LHI - 14420 SYLVNFD OFFIC | Staright Line | 103,188.00 | 44,714.80 | 58,473.20 |
| | Architecture (Sparc Design) | Staright Line | 1,950.00 | 628.33 | 1,321.67 |
| | Lonestar Roofing - 14410 Roof Repair | Staright Line | 22,388.38 | 2,238.84 | 20,149.54 |
| | **Total Leasehold Improvements** | | 105,138.00 | 45,343.13 | 59,794.87 |
| | **Totals** | | **302,368.68** | **232,515.98** | **69,852.70** |