| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **David** <br> First Name | **Brice** <br> Middle Name | **Waller** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | | |
| Case number <br> (if known) | 17-34047 | | ☑ Check if this is an amended filing |

## Official Form 106A/B

## Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**
6230 Pebble Beach Dr
Street address, if available, or other description

Houston          TX      77069
City             State   ZIP Code

County

Legal description:
Lt 164 Blk 9 Champions South

What is the property?
Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    $675,000.00

Current value of the portion you own?    $675,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
fee simple

☑ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................... →   $675,000.00

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

Debtor 1   David Brice Waller                                  Case number (if known)  17-34047

**3.1.**
Make:            Lexus
Model:           RX350
Year:            2014
Approximate mileage:  13,000
Other information:
2014 Lexus RX350 (approx. 13000 miles)

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $26,000.00

Current value of the portion you own?  $26,000.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1.**
Make:    _____
Model:   _____
Year:    _____
Other information:
Aluminium line handling boats (2)

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $75,000.00

Current value of the portion you own?  $75,000.00

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................➔  **$101,000.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... TV, cell phone, stereo receiver, DVD player, VCR, CD player, speakers (2), coffee tables (2), end tables (8), lamps (11) computer equipment, dinner table, dining chairs (8), stove, dishwasher, microwave, refrigerators (2), dresser, nightstands (2), mirrors (3), beds (2), dishware, rugs (3), books (100), pictures (12)

$15,000.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....



Debtor 1     **David Brice Waller**                                    Case number (if known) __17-34047__

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe..... **Wearing apparel**                                                                 $5,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe..... **Watches (2), ring, & earrings (10)**                                              $7,500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☒ No
    ☐ Yes. Give specific information.............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here............................................................................→     $27,500.00

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☒ No
    ☐ Yes............................................................................................................... Cash: ..........................  _____

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes............................       Institution name:

    17.1.  Checking account:    **Comerica Checking account ending 5518**                              $1,332.74
    17.2.  Checking account:    **Comerica Checking account ending 6300**                                 $74.00
    17.3.  Checking account:    **Comerica Checking account ending 9376**                                $166.04
    17.4.  Checking account:    **Frost Bank Checking account ending 2416**                              $107.07

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ☒ Yes............................       Institution or issuer name:

    **stock interest in Rights and Issues (debtor believes should be valued at no more than $2000)**     $2,000.00

Official Form 106A/B                         Schedule A/B: Property                                        page 3

Debtor 1     **David Brice Waller**                                   Case number (if known)  **17-34047**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them.........

| Name of entity: | % of ownership: | |
|---|---|---|
| Waller Marine, Inc. (primary tangible assets include two tug boats valued at $200k & remaining assets are intellectual property) | 100% | $11,149,109.08 |
| Waller Marine Belize, Ltd. (foreign corporation - company owns furniture, computers, and had some cash on hand on petition date) | 100% | $30,000.00 |
| Waller Marine Power Barge, LLC (holding company with no assets) | 100% | $0.00 |
| Waller LNG Investments, LLC (holding company with no assets) | 100% | $0.00 |
| Waller LNG Fueling-BR, LLC (holding company with no assets) | 100% | $0.00 |
| Waller LNG GP, LLC (holding company with no assets) | 100% | $0.00 |
| Waller Max Gas, LLC (holding company with no assets) | 100% | $0.00 |
| Waller Max Holdings, LLC (holding company with no assets) | 100% | $0.00 |
| Waller Energy Partners, LLC (holding company with no assets) | 100% | $0.00 |
| Waller Energy Services, LLC (holding company with no assets) | 100% | $0.00 |
| Waller Solutions, LLC (company has no assets) | 100% | $0.00 |
| Westminster Holdings, Inc. (company has no assets) | 100% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.    Type of account:      Institution name:

Debtor 1   **David Brice Waller**                              Case number (if known) __17-34047__

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes............................ Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No
    ☑ Yes. Give specific information about them   **David Brice Waller and Irene Joyce Waller Revocable Living Trust (primary assets are 14410 & 14420 W. Sylvanfield Dr, Houston, Texas, 77014).**                      $3,200,000.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them

**Money or property owed to you?**                                                        Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information  **Unpaid wages from Waller Marine, Inc.**                       $332,615.34



Official Form 106A/B                    Schedule A/B: Property                              page 5

Debtor 1   **David Brice Waller**   Case number (if known) **17-34047**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance
        company of each policy
        and list its value................   Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................ → **$14,715,404.27**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe..

41. **Inventory**

    ☑ No
    ☐ Yes. Describe..

Debtor 1   **David Brice Waller**                                   Case number (if known) __17-34047__

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe..... Name of entity:                            % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.....

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................ →  $0.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

                                                                    Current value of the portion you own?
                                                                    Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes....

48. **Crops--either growing or harvested**

    ☑ No
    ☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information................

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................ →  $0.00



Debtor 1   **David Brice Waller**                                    Case number (if known)  **17-34047**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................ →   $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2.................................................................................... →   $675,000.00

56. Part 2: Total vehicles, line 5                                              $101,000.00

57. Part 3: Total personal and household items, line 15                       $27,500.00

58. Part 4: Total financial assets, line 36                                    $14,715,404.27

59. Part 5: Total business-related property, line 45                          $0.00

60. Part 6: Total farm- and fishing-related property, line 52                 $0.00

61. Part 7: Total other property not listed, line 54                       + $0.00

62. Total personal property.  Add lines 56 through 61...................   $14,843,904.27   Copy personal property total  →  + $14,843,904.27

63. Total of all property on Schedule A/B.   Add line 55 + line 62................................................................   $15,518,904.27



**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Brice** | **Waller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-34047**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_   X _____
David Brice Waller, Debtor 1   Signature of Debtor 2

Date **9/27/2017**   Date _____
     MM / DD / YYYY       MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   <u>David</u>          <u>Brice</u>          <u>Waller</u>
           First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name        Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   <u>17-34047</u>
(if known)

☑ Check if this is an amended filing

## Official Form 107
### Statement of Financial Affairs for Individuals Filing for Bankruptcy                                   04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?
   ☑ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of the current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the last calendar year:<br>(January 1 to December 31, <u>2016</u>)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $115,384.60 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, <u>2015</u>)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $287,735.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 1

Debtor 1    **David Brice Waller**                                    Case number (if known)  **17-34047**

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of the current year until the date you filed for bankruptcy: | social security<br>pension | $16,373.00<br>$8,054.00 | | |
| For the last calendar year:<br>(January 1 to December 31, **2016**) | social security<br>pension | $37,563.00<br>$16,108.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, **2015**) | social security<br>pension | $37,563.00<br>$16,108.00 | | |

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy         page 2



Debtor 1   **David Brice Waller**                                   Case number (if known) **17-34047**

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Comerica Bk** <br> Creditor's name <br> **1601 Elm St** <br> Number  Street <br> **Suite 100** <br> **Dallas**   **TX**   **75201** <br> City        State    ZIP Code | last 90 days | $3,300.00 | $304,509.00 | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.



Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 3

Debtor 1  **David Brice Waller**  Case number (if known) **17-34047**

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Diversity Max, LLC v. Waller Marine, Inc., Waller Bermuda Ltd., Polar Energy (Jersey) Limited, W² Limited, and David Waller**  Case number **16-00897** | Breach of contract | **Southern District of Texas, Houston Division** — Court Name  **515 Rusk St** — Number Street  **Houston**  **TX**  **77002** | ☑ Pending  ☐ On appeal  ☐ Concluded |
| **Canyon Supply & Logistics, LLC v. Max Financial, LLC, Waller Marine, Inc., Diversity Max, LLC, Diversity Max Canyon Port, LLC, Diversity Max CP Holdings, LLC, Jeffrey Greenwalt, and David Waller**  Case number **2013 CCV-60115-2** | Breach of contract | **County Court at Law No. 2 Nueces County, Courthouse** — Court Name  **901 Leopard St** — Number Street  **Corpus Christi**  **TX**  **78401** | ☑ Pending  ☐ On appeal  ☐ Concluded |
| **Jonathan J. Gelman v. W² Limited, Waller Marine, Inc. and David B. Waller**  Case number **2017-05529** | Breach of contract | **61st Judicial District Court of Harris County** — Court Name  **201 Caroline** — Number Street  **Houston**  **TX**  **77002** | ☐ Pending  ☐ On appeal  ☑ Concluded |
| **Hoover Hull Turner LLP v. David Waller, W² Limited, et al.**  Case number **16-cv-2871** | lawsuit for unpaid attorneys fees | **District Court for Southern District of Indiana, Indianapolis Division** — Court Name  **46 E Ohio St.** — Number Street  **Indianapolis**  **IN**  **46204** | ☐ Pending  ☐ On appeal  ☑ Concluded |



Debtor 1   **David Brice Waller**                                                Case number (if known)  **17-34047**

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

    ☑ No
    ☐ Yes. Fill in the details.

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

    ☑ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ☑ No
    ☐ Yes. Fill in the details.

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Corral Tran Singh LLP** <br> Person Who Was Paid | | 6/27/2017 | $10,000.00 |
| **1010 Lamar** <br> Number    Street | | | |
| **Floor 11, Suite 1160** | | | |
| **Houston**         **TX**    **77002** <br> City              State   ZIP Code | | | |
| Email or website address | | | |

Person Who Made the Payment, if Not You



Official Form 107            Statement of Financial Affairs for Individuals Filing for Bankruptcy              page 5

Debtor 1    **David Brice Waller**                                    Case number (if known) __17-34047__

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
    Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Adrian Waller** | 18 Champions Colony, Houston, TX, 77069 $130,000.00 | $130,000.00 | 12/29/2016 |
| 18 Champions Colony | | | |
| Number    Street | | | |
| Houston    TX    77069 | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you **Son** | | | |
| **Patrick & Martha Aucion** | $1,600,000.00 - debtor sold his house | | 7/29/2015 |
| 139 MANOR LAKE ESTATES DR | | | |
| Number    Street | | | |
| Spring    TX    77379 | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?    (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes. Fill in the details.



Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 6

Debtor 1    **David Brice Waller**                                             Case number (if known) __17-34047__

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Fidelity**<br>Name of Financial Institution<br>**100 Crosby Parkway KC1H**<br>Number   Street<br><br>**Latonia**       **KY**   **41015**<br>City              State   ZIP Code | XXXX- _4_ _3_ _4_ _9_ | ☐ Checking<br>☐ Savings<br>☑ Money market<br>☐ Brokerage<br>☐ Other | February 2017 | $6,529.16 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ☑ No
    ☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ☑ No
    ☐ Yes. Fill in the details.

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1   **David Brice Waller**                          Case number (if known) **17-34047**

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☑ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☑ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Waller Marine Inc.** <br> Business Name | **Describe the nature of the business** <br> Naval architecture firm | **Employer Identification number** <br> Do not include Social Security number or ITIN. <br><br> EIN: **7 4 – 2 1 8 4 9 3 2** |
| **14410 W. Sylvanfield Dr** <br> Number   Street | **Name of accountant or bookkeeper** <br> Brock Breaux | **Dates business existed** <br><br> From **1974**   To **present** |
| **Houston      TX    77014** <br> City        State   ZIP Code | | |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 8



Debtor 1   David Brice Waller                                    Case number (if known) 17-34047

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Waller Marine Power Barge, LLC** | EIN never filed | Do not include Social Security number or ITIN. |
| 14410 W. Sylvanfield Rd | Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | | Dates business existed |
| Houston   TX   77014 | | From  5/2009   To  present |
| City   State   ZIP Code | | |
| **Waller LNG Investments, LLC** | Describe the nature of the business | Employer Identification number |
| Business Name | project company (EIN not filed) | Do not include Social Security number or ITIN. |
| 14410 W. Sylvanfield Rd | Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | | Dates business existed |
| Houston   TX   77014 | | From  10/2012   To  present |
| City   State   ZIP Code | | |
| **Waller LNG Fueling-BR, LLC** | Describe the nature of the business | Employer Identification number |
| Business Name | leasee for Port of BR (unfiled EIN) | Do not include Social Security number or ITIN. |
| 14410 W. Sylvanfield Rd | Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | | Dates business existed |
| Houston   TX   77014 | | From  2/2013   To  present |
| City   State   ZIP Code | | |
| **Waller LNG GP, LLC** | Describe the nature of the business | Employer Identification number |
| Business Name | Cameron project (unfiled EIN) | Do not include Social Security number or ITIN. |
| 14410 W. Sylvanfield Rd | Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | | Dates business existed |
| Houston   TX   77014 | | From  10/2012   To  present |
| City   State   ZIP Code | | |
| **Waller Max Gas, LLC** | Describe the nature of the business | Employer Identification number |
| Business Name | Canyon Port - McDermott & Ingleside (TX) projects (unfiled EIN) | Do not include Social Security number or ITIN. |
| 14410 W. Sylvanfield Dr | Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | | Dates business existed |
| Houston   TX   77014 | | From  7/2012   To  present |
| City   State   ZIP Code | | |
| **Waller Max Holdings, LLC** | Describe the nature of the business | Employer Identification number |
| Business Name | Canyon Port - McDermott & Ingleside (TX) Projects (unfiled EIN) | Do not include Social Security number or ITIN. |
| 14410 W. Sylvanfield Dr | Name of accountant or bookkeeper | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | | Dates business existed |
| Houston   TX   77014 | | From  7/2012   To  present |
| City   State   ZIP Code | | |



Debtor 1   David Brice Waller                                        Case number (if known) 17-34047

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Waller Energy Partners, LLC | Project company for Corpus Christi (EIN unfiled) | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| 14410 W. Sylvanfield Dr | Name of accountant or bookkeeper | |
| Number   Street | | Dates business existed |
| | | From   7/2012   To   present |
| Houston       TX   77014 | | |
| City            State   ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Waller Energy Services, LLC | Rainmaker land-based power generation project (unfiled EIN) | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| 14410 W. Sylvanfield Dr | Name of accountant or bookkeeper | |
| Number   Street | | Dates business existed |
| | | From   6/2013   To   present |
| Houston       TX   77014 | | |
| City            State   ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Westminster Holdings Inc. | Holding company with no assets | Do not include Social Security number or ITIN. |
| Business Name | | EIN: 7 6 - 0 3 7 1 2 8 3 |
| | Name of accountant or bookkeeper | |
| Number   Street | Miller, Newlin & Co., P.C. | Dates business existed |
| | | From _____ To _____ |
| City            State   ZIP Code | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

### Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ David Brice Waller_____     X _____
   David Brice Waller, Debtor 1              Signature of Debtor 2

   Date  9/27/2017                            Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 10