**Waller Marine, Inc. - Waller Marine, Inc.**
**Chapter 7 Liquidation Analysis**
**As of August 31, 2018**

*In U.S. Dollars*

| Asset Category | Notes | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ 55,096 | 100% | 100% | $ 55,096 | $ 55,096 |
| Accounts Receivables | | 24,102 | 75% | 85% | 18,076 | 20,487 |
| Net Fixed Assets | | 69,853 | 1% | 1% | 503 | 1,006 |
| Other Assets | | 10,817,664 | 0% | 0% | 7,500 | 35,940 |
| **Gross Proceeds from Liquidation** | | **$ 10,966,715** | **1%** | **1%** | **$ 81,176** | **$ 112,529** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 0 | 5% | 10% | $ - | $ - |
| Payments to insiders within 12 months of the petition date | | 20,000 | 5% | 10% | 1,000 | 2,000 |
| Insider Avoidance Actions | | 0 | 5% | 10% | - | - |
| **Total Potential Proceeds from Litigation Claims** | | **$ 20,000** | **5%** | **10%** | **$ 1,000** | **$ 2,000** |
| **Net Proceeds Available for Distribution** | | | | | **$ 82,176** | **$ 114,529** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Chapter 7 Trustee Fees | | | | | $ 7,359 | $ 8,976 |
| Class 1: Secured - Gelman Claim | | $ 605,000 | 12% | 17% | 74,817 | 105,553 |
| Admininstrative Expenses | | 270,000 | 0% | 0% | - | - |
| Class 2: General Unsecured | | 3,500,000 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | | **$ 4,375,000** | **2%** | **3%** | **$ 82,176** | **$ 114,529** |