**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WALLER MARINE, INC.** | § | **Case No. 17-34230** |
| | § | |
| **DAVID BRICE WALLER** | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | **Chapter 11** |

## BALLOT FOR:

## DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

The proposed Chapter 11 Plan of Reorganization (the "Plan") filed by Debtor Waller Marine, Inc. (the "Debtor") on October 31, 2018 can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

To have your vote on the Plan count, you must complete and return this Ballot as directed below. Only holders of claims in Class 2B and Class 3 may vote.

## ACCEPTANCE OR REJECTION
## OF CHAPTER 11 PLAN OF REORGANIZATION

I, _____, hereby certify that I am a Holder of a Claim against the Debtor as of July 7, 2017 in the amount of \$_____.  As a Holder of a Class ____ Claim, I hereby vote to (check only one):

                    Accept the Debtor's Plan     _____

                    -OR-

                    Reject the Debtor's Plan     _____

Dated: _____ ____, 2018.

_____       _____
Name of Holder                          Holder's Street Address

_____       _____
                                            City, State, Zip Code

_____
Name and Title of Person Signing
for Holder

**TO BE COUNTED, THIS BALLOT MUST BE RECEIVED BY CHRISTOPHER ADAMS, OKIN ADAMS LLP, 1113 VINE STREET, SUITE 240, HOUSTON, TEXAS 77002 NO LATER THAN 5:00 P.M. ON _____.**

**A BALLOT DOES NOT CONSTITUTE A VALID PROOF OF CLAIM IN THIS BANKRUPTCY CASE.**