**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WALLER MARINE, INC.** | § | **Case No. 17-34230** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | **Chapter 11** |

## <u>LIST OF REJECTED CONTRACTS</u>

1. Inventor Compensation Agreement between Waller Marine, Inc. and William Ralph Hutchins, executed by the Debtor on December 16, 2015 and by Hutchins on December 17, 2015.