| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Case No: 17-34230<br>    Jointly Administered | Name of Debtors:   ***Waller Marine, Inc. and***<br>                                     ***David Brice Waller*** |
| Witnesses:<br>David Waller<br>Bill Gardner<br>John Baumgartner | Judge: Honorable David R. Jones |
| | Hearing Date:  December 20, 2018 |
| | Hearing Time:  1:00 p.m. |
| | Party Names:  Waller Marine, Inc. and<br>                          David Brice Waller |
| | Attorney's Name:     Christopher Adams<br>*Waller Marine, Inc.*    713 228-4100 |
| | Attorney's Name:     Susan Tran<br>*David Brice Waller*    832-975-7300 |

**Nature of Proceedings:**

1. Hearing on Confirmation of Plans

### DEBTORS' EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Liquidation Analysis<br>*Waller Marine, Inc.* | | | | |
| 2 | Ballot | | | | |
| 3 | List of 90 Day Payments or Transfers<br>*Waller Marine, Inc* | | | | |
| 4 | Schedule of Rejected Contracts and Leases<br>*Waller Marine, Inc* | | | | |
| 5 | Letter of Intent – Tiderock Development, LLC<br>*Waller Marine, Inc* | | | | |
| 6 | Assignment of Tiderock LOI to WMS Holdings, Inc.<br>*Waller Marine, Inc* | | | | |
| 7 | Tax Credit Memo<br>*Waller Marine, Inc.* | | | | |

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 8 | Liquidation Analysis<br>*David Brice Waller, Individually* | | | | |
| 9 | HUD Settlement Statement<br>*David Brice Waller, Individually* | | | | |
| 10 | Tax Credit Memo<br>*David Brice Waller, Individually* | | | | |
| 11 | Lease Agreement between David Brice Waller and Waller Marine, Inc. | | | | |

Respectfully submitted on December 18, 2018.

**OKIN ADAMS LLP**

By: ___/s/ Christopher Adams___
Christopher Adams
Texas Bar No. 24009857
Email: cadams@okinadams.com
1113 Vine Street, Suite 201
Houston, Texas 77002
Tel. 713.228.4100
Fax 888.865.2118

**ATTORNEYS FOR DEBTOR WALLER MARINE, INC.**